FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2022

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME**  Valley Processing, Inc.                    **CASE NO.**  1:22-CR-2097-SAB-2

TOTAL # OF COUNTS   12   X FELONY _____ MISDEMEANOR _____ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|-------|---------|------------------------|---------|
| 1 | 18 U.S.C. § 371; 21 U.S.C. §§ 331(a), 333(a)(2), 342(a)(1), (a)(3), (a)(4), (b)(3), and (b)(4) | Conspiracy to Introduce Adulterated and Misbranded Food into Interstate Commerce | up to 5 years probation; up to a $500,000 fine, or twice the gross gain or gross loss from the offense, whichever is greater; and a $100 special penalty assessment |
| 2-3 | 21 U.S.C. §§ 331(a), 333(a)(2), 342(a)(1), (a)(3), (a)(4), (b)(3), and (b)(4) | Introducing Adulterated Food Into Interstate Commerce | up to 5 years probation up to a $500,000 fine, or twice the gross gain or gross loss from the offense, whichever is greater; and a $100 special penalty assessment |
| 4-5 | 21 U.S.C. §§ 331(dd), 333(a)(2) | Failure to Register a Food Facility | up to 5 years probation; up to a $500,000 fine; and a $100 special penalty assessment |
| 6 | 18 U.S.C. § 371 | Conspiracy to Defraud and Obstruct the Lawful Regulatory Functions of the Food and Drug Administration | up to 5 years probation; up to a $500,000 fine; and a $100 special penalty assessment |
| 7-9 | 18 U.S.C. § 1001(a)(2) | False Statements | up to 5 years probation; up to a $500,000 fine; and a $100 special penalty assessment |
| 10 | 18 U.S.C. §§ 1349, 1341 | Conspiracy to Commit Mail Fraud | up to 5 years probation up to a $500,000 fine, or twice the gross gain or gross loss from the offense, whichever is greater; and a $100 special penalty assessment |
| 11-12 | 18 U.S.C. § 1341 | Mail Fraud | up to 5 years probation up to a $500,000 fine, or twice the gross gain or gross loss from the offense, whichever is greater; and a $100 special penalty assessment |

18 U.S.C. § 981;        Forfeiture Allegations
28 U.S.C. § 2461